UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. |
| GOURMET WOOD PRODUCTS, INC., and GREG HELFENBEIN, individually, | § § § | |
| *Defendant*. | § § | |

## **COMPLAINT**

Plaintiff Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor, brings this action to enjoin the Defendants, Gourmet Wood Products, Inc. ("Gourmet Wood") and Greg Helfenbein, individually ("Defendants") from violating the overtime and recordkeeping provisions of Sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.*, ("FLSA" or "Act"), and to restrain Defendants from withholding payment of overtime compensation due to Defendants' employees named in Exhibit A, and an equal amount as liquidated damages under Section 16(c) of the FLSA, 29 U.S.C. § 216(c).

## **JURISDICTION AND VENUE**

1.      Jurisdiction of this action is conferred upon this Court by Sections 16 and 17 of the FLSA, 29 U.S.C. §§ 216 and 217, and by 28 U.S.C. §§ 1331 and 1345.

2.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because it is the judicial district in which the subject events or omissions occurred and where Defendants operate their business.

## THE PARTIES

3.      Plaintiff, Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor, is vested with authority to sue to restrain violations of the FLSA and to recover back wages and liquidated damages.

4.      Defendant Gourmet Wood is a Texas corporation with a place of business and doing business at 3517 Rendon Road, Fort Worth, Texas 76140, within the jurisdiction of this Court.

5.      Greg Helfenbein is the majority owner and president of Gourmet Wood, and at all relevant times he was a resident of Texas. He has a place of business and is doing business at 3517 Rendon Road, Fort Worth, Texas 76140, in Tarrant County, Texas, within jurisdiction of this Court. Helfenbein acts, and at all relevant times has acted, directly and indirectly in the interests of Defendant Gourmet Wood in relation to employees. Upon information and belief, he makes decisions related to employee pay, and he is involved in directing the daily business affairs and operations of Defendant Gourmet Wood. Thus, he is an employer of the employees in this case within the meaning of Section 3(d) of the FLSA, 29 U.S.C. § 203(d).

## FLSA COVERAGE

6.      Defendant Gourmet Wood is and has been an enterprise within the meaning of Section 3(r) of the Act, 29 U.S.C. § 203(r), in that it has been, through unified operation or common control, engaged in the performance of related activities for a common business purpose.

7.      Defendant Gourmet Wood is and has been an enterprise engaged in commerce or in the production of goods for commerce within the meaning of Section 3(s)(1)(A) of the Act, 29 U.S.C. § 203(s)(1)(A), by having employees engaged in commerce or in the production of goods for commerce, or employees handling, selling, or otherwise working on goods or materials have been moved in or produced for commerce by any person, and has an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level that

are separately stated). Based on information and belief, during all times relevant to this Complaint, Defendant Gourmet Wood had sales in excess of $500,000 per year and employees have handled, sold, and worked on goods and materials that have been moved in and produced for interstate commerce.

## FLSA VIOLATIONS

8.      During the period of February 4, 2022, through at least February 2, 2025, Defendants violated the provision of Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), by employing employees for more than forty (40) hours in a work week without compensating said employees for their employment in excess of forty (40) hours per week at rates not less than one and one-half times the regular rates at which they were employed.

9.      In the event the violations have continued after February 2, 2025, additional amounts for unpaid overtime compensation may have accrued or be accruing for the employees listed in Exhibit A. Further, additional amounts for unpaid overtime compensation may have accrued or be accruing for employees presently unknown to Plaintiff, in amounts presently unknown to Plaintiff from February 4, 2022, to the present.

10.      During the period of February 4, 2022, through at least February 2, 2025, Defendants violated the provisions of sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), by failing to make, keep and preserve adequate and accurate records of its employees and the wages, hours and other conditions and practices of employment as prescribed by regulations issued pursuant to authority granted by the FLSA and found in 29 C.F.R. Part 516, in that their records failed to show, among other things, the hours worked each day and the total hours worked each work week, the total earnings or wages due for hours worked, and the total premium pay for overtime hours.

11.    Defendants willfully violated the Act. Defendants knew of the FLSA's overtime requirements but nevertheless employed workers without properly compensating them. Among other actions, Defendants paid employees for overtime hours in cash at the employees' regular rates of pay and provided the U.S. Department of Labor with multiple, inconsistent sets of time and pay records. Thus, a three-year statute of limitations is applicable. See 29 U.S.C. § 255(a).

12.    Defendants unlawfully withheld overtime compensation due to their employees from February 4, 2022, through at least February 2, 2025.

13.    Section 17 of the Act, 29 U.S.C. § 217, specifically authorizes proceedings to enjoin and restrain violations of the FLSA, including the restraint of the withholding of overtime compensation the Court finds due to employees.

## PRAYER FOR RELIEF

As a result of the willful violations alleged above, Defendants owe unpaid overtime compensation to Defendants' present and former employees named in Exhibit A, as well as any employees presently unknown to Plaintiff who were unlawfully denied overtime compensation from February 4, 2022, to the present.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

A.    For an order pursuant to Section 17 of the FLSA permanently enjoining and restraining Defendants, their officers, agents, servants, employees and those persons in active concert or participation with Defendants, from violating Sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Act;

B.    For an order pursuant to Section 16(c) of the FLSA finding Defendants liable for unpaid overtime compensation due to Defendants' employees listed in Exhibit A for the period since February 4, 2022 and for other employees currently unknown to Plaintiff for the period

covered by this Complaint, and for liquidated damages in an amount equal to the unpaid compensation found due to Defendants' employees;

C.      In the event liquidated damages are not awarded, for an order pursuant to Section 17 enjoining and restraining Defendants from withholding payment of unpaid overtime compensation due to Defendants' employees and pre-judgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621;

D.      For an order awarding Plaintiff the costs of this action; and

E.      For an order granting such other and further relief as may be necessary and appropriate.

Respectfully submitted,

JONATHAN BERRY
Solicitor of Labor

MARY K. COBB
Acting Regional Solicitor

AMY S. HAIRSTON
Counsel for Wage and Hour

by:

/s/ *John M. Bradley*
JOHN M. BRADLEY
Senior Trial Attorney
Texas Bar No. 24087201
Email: Bradley.john.m@dol.gov

U.S. Department of Labor
Office of the Solicitor
525 South Griffin Street, Suite 501
Dallas, Texas 75202
Telephone: (202) 961-5148

RSOL Case No. 0640-25-02446

*Attorneys for Plaintiff*

**EXHIBIT A**

| First Name | Last Name |
| --- | --- |
| Hector | Adrande |
| Angel | Aguilera |
| Ilario | Aguirre |
| Ramon | Alfaro |
| Toribio | Alinaiz |
| Itzel | Almaraz |
| Eddy | Almeto-Mateo |
| Jose | Araiza |
| Margledy | Araujo |
| Yenisleidy | Arencibia |
| Alberto | Argenis Gil |
| Albert | Argota |
| Raith | Arlan Gil |
| Jose | Arroyo |
| Shane | Austin |
| Jason | Barnard |
| Hector | Barragan |
| Jose | Bastida |
| Fernando | Brizuela |
| Francis | Browning |
| Meliza | Castillo |
| Luisa | Castro |
| Garlandous | Cathron |
| Liliana | Ceja |
| Christian | Chavez |
| Fernando | Chavez |
| Michael | Chavez |
| Jeffrey | Clements |
| Bryant | Cogshell |

| | |
|---|---|
| Alexis | Corona |
| Joel | Corona |
| Nestor | Cortes |
| Jesus | Cortez |
| Josue | Crespo |
| Alejandra | Cruz |
| Leo | Cruz |
| Carlos | Cuellar |
| Chris | Diaz |
| Cory | Diaz |
| Hope | Diaz |
| Joel | Diaz |
| Blanca | Dominguez |
| Larry | Driskill |
| Sergio | Espinoza |
| Jose | Fernandez |
| Yugdelys | Fernandez |
| Freddy | Ferrer |
| Liliana | Franco |
| Roberth | Garcia |
| Jesus | Gomez |
| Joe | Gomez |
| Jose | Gomez |
| Ogliver | Gomez |
| Ernesto | Gonzalez |
| Ramon | Gonzalez |
| Jeffery | Grissom |
| Manuel | Guerra |
| David | Hall |
| Manuel (Noe) | Hernandez |
| Noel | Hernandez |
| Donnie | Hurd |

| | |
|---|---|
| Andres | Hurtado |
| Alan Antonio (Job) | Isaias |
| | Isaias |
| Colomenarez | Jezohar |
| Binion | Jones |
| Julio | Juarez |
| Luis | Largo |
| Richard | Layfield |
| Orlando | Lazo |
| David | Levesque |
| Jose | Lopez |
| Juan | Lopez |
| Samuel | Lopez |
| Ricardo | Lopez Peres |
| Luis | Marchan |
| Francisco | Martinez |
| J. Jesus | Martinez |
| Elvis | Mendez |
| Gabriela | Mendoza |
| Jacqueline | Mendoza |
| Richard | Merrifield |
| Juan Manuel | Meza |
| Kevin | Mitchell |
| Justino | Montano |
| Luis | Montes |
| Oscar | Montes |
| Joshua | Montez |
| Andrew | Nehring |
| Carlos | Ocando |
| Manuel | Oliva |
| Martin | Ornelas |
| Maria | Orta |

| | |
|---|---|
| Michael | Ortiz |
| Arlet | Pantoja |
| Jose | Patino |
| Alver | Perez |
| Carlos | Perez |
| Dixon | Perez |
| Hugo | Perez |
| Junior | Pernia |
| Angel | Pinero |
| Steven | Pittman |
| Javier | Prince |
| Lucio | Retana |
| Melvin Javier | Reyes |
| Jose | Rodriguez |
| Luis | Rodriguez |
| Marco | Rodriguez |
| Robert | Rodriguez |
| Asiel | Romero |
| Alexander | Rosales |
| Antonio | Rubio |
| Katerin | Sanchez |
| Mirna | Sanchez |
| Oscar | Sanchez |
| Paola | Sanchez |
| Charlie | Smith |
| Gilberto | Suarez |
| Yoel | Suarez |
| Yunior | Suarez |
| Zachary | Thomas |
| Emiro | Tia |
| Alan | Toribio |
| Lorena | Toribio |

| | |
|---|---|
| Herlinda | Trejo |
| Manuel | Useche |
| Lena | Vega |
| Lourdes | Velasquez |
| Rigoberto | Verjel |
| Juan | Westbrook |
| Christopher | Wilson |
| Matthew | Wong |
| Felipe | Yepez |
| Jose | Yoendris Dominguez |